**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80915-mc-CANNON**

**In Re: Comit Economique et Social**
**Central d'Office Depot France Pursuant to**
**28 U.S.C § 1782 For Judicial Assistance in**
**Obtaining Evidence from THE ODP CORP.**
**for Use in a Foreign Tribunal,**

_____/

## ORDER PERMITTING DISCOVERY PURSUANT TO 28 U.S.C. § 1782

**THIS MATTER** comes before the Court upon the Petitioners' *Ex Parte* Application

Pursuant to 28 U.S.C. § 1782 for an Order to take Discovery of The ODP Corporation (the

"Application") [ECF No. 1]. Having reviewed the Application and incorporated Memorandum of

Law [ECF No. 1], the sworn declaration of Celine Pares [ECF No. 1-1, pp. 2-8], and the proposed

discovery request supplied by Petitioners [ECF Nos. 1-2], the Petitioners' Application [ECF No. 1]

is **GRANTED**.

Accordingly, it is **ORDERED** and **ADJUDGED** that:

1. Counsel for Petitioners is authorized to issue and serve the proposed subpoena [ECF Nos. 1-2] upon The ODP Corporation for the production of all documents sought in the subpoena.

2. A copy of this Order shall be served with each discovery request.

3. The Court shall retain jurisdiction over the matter for the purpose of enforcing this Order, as appropriate, and assessing any supplemental request for discovery.

4. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes.

CASE NO. 21-80915-mc-CANNON

**DONE AND ORDERED** in Fort Pierce, this 25th day of May 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2